UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20947-CIV-ALTONAGA/O'Sullivan

**AISHA GOODISON**,

    Plaintiff,
vs.

**DNC HOLDINGS, INC.**, *et al.*,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. *Pro se* Plaintiff, Aisha Goodison ("Goodison"), filed an Application to Proceed in District Court without Prepaying Fees or Costs ("Motion") [ECF No. 4], which the Court denied by Order ("March 10 Order") [ECF No. 6]. Nevertheless, the Court permitted Goodison to pay the filing fee in installments; the first $100 installment was due April 1, 2015. (*See id.*). To date, Goodison has failed to file the required filing fee installment payment.

As the Eleventh Circuit noted when it affirmed a district court's dismissal of a bankruptcy appeal for failure to pay the required filing fee,

> The right of access to the courts is neither absolute nor unconditional. . . . Conditions on access are necessary to preserve judicial resources for all persons. . . . As the Supreme Court has noted, filing fees in theory discourage frivolous law suits and thus help allocate judicial resources to more meritorious cases.

*In re Owens*, 458 F. App'x 836, 838 (11th Cir. 2012) (per curiam) (alterations added; internal citations and quotation marks omitted). The March 10 Order explicitly warned, "Failure to comply with this Order will result in the dismissal of this case without prejudice and without further notice." (March 10 Order 2).

Case No. 15-20947-CIV-ALTONAGA

Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice** for failure to comply with the March 10 Order. The Clerk is directed to mark this case **CLOSED**. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of April, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     Plaintiff, *pro se*